JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GILES METZ, | Case No. CV 15-09560-CJC (KES) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| J. GASTELO, Warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and entire action is dismissed with prejudice.

DATED: June 30, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1